1
Andrew Kline, in his official capacity as Colorado Deputy Secretary of State; and Jena Griswold, in her official capacity as Colorado Secretary of State, Petitioners v. No on EE - A Bad Deal for Colorado, Issue Committee. Respondent No. 24SC540Supreme Court of Colorado, En BancAugust 4, 20252

          Court
of Appeals Case No. 22CA2245

         Petition
for Writ of Certiorari GRANTED.

         Whether
the court of appeals erred by holding the registered agent
disclosure requirement facially unconstitutional where the
plaintiff (1) made no facial challenge in its complaint, (2)
developed no record and made no argument in support of a
facial challenge before the district court, and (3) presented
no argument in support of a facial challenge to the court of
appeals.

         Whether
the court of appeals erred by holding the registered agent
disclosure requirement facially unconstitutional where
disclosure serves compelling public interests and imposes no
meaningful burden on issue committees.